BEFORE THE THIRD DIVISION, OCTOBER 21, 1944

**No. 49769.**—Protests 100279–K, etc., of Henry Kelly & Sons, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the ugli fruit in question is the same as that the subject of *Kelly* v. *United States* (12 Cust. Ct. 101, C. D. 835). The protests were therefore sustained.